```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                             :           DOC #:
LAWRENCE YOUNG,                              :           DATE FILED: 12/06/2019
                            Plaintiff,       :
                                             :           19 Civ. 8695 (LGS)
              -against-                      :
                                             :           ORDER
COLLECTIVE HOTELS AND RETREATS,              :
INC.,                                        :
                            Defendant.       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 7, 2019, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for December 12, 2019, at 10:40 a.m.;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan;

WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). Plaintiff's deadline to serve is December 18, 2019. It is hereby

**ORDERED** that Plaintiff shall file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **December 9, 2019, at noon**.

Dated: December 6, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE