```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                              :  DOC #:_____
LAWRENCE YOUNG,                               :  DATE FILED: 12/10/2019
                              Plaintiff,      :
                                              :        19 Civ. 8695 (LGS)
              -against-                       :
                                              :              ORDER
COLLECTIVE HOTELS AND RETREATS,               :
INC.,                                         :
                              Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 7, 2019, required the parties to file a proposed case management plan and joint letter by December 5, 2019;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan;

WHEREAS, the Order dated December 6, 2019, required Plaintiff to file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than December 9, 2019, at noon;

WHEREAS, Plaintiff failed to file the status letter;

WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). Plaintiff's deadline to serve is December 18, 2019. It is hereby

**ORDERED** that the initial pretrial conference, scheduled for December 12, 2019, is adjourned to **January 9, 2019, at 10:40 a.m.** It is further

**ORDERED** that Plaintiff shall file a status letter regarding his efforts to serve Defendant as soon as possible and no later than **December 12, 2019.** Plaintiff is reminded that compliance with Court Orders is not optional.

Dated: December 10, 2019
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                   **UNITED STATES DISTRICT JUDGE**