```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------X    ELECTRONICALLY FILED
                                           :    DOC #:_____
LAWRENCE YOUNG,                            :    DATE FILED: 01/03/2020
                        Plaintiff,         :
                                           :    19 Civ. 8695 (LGS)
             -against-                     :
                                           :           ORDER
COLLECTIVE HOTELS AND RETREATS,            :
INC.,                                      :
                        Defendant.         :
-------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 7, 2019 (Dkt. 5), required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for January 9, 2020, at 10:40 a.m.;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 6, 2020**, at **noon**.

Dated: January 3, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**