**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/19/2020
```

February 18, 2020

Application DENIED.  The Court does not ordinarily stay discovery pending settlement discussions.

Dated: February 19, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re: Young v. Collective Hotels and Retreats, Inc.: Case No. 1:19-cv-08695-LGS

Dear Judge Schofield:

We represent defendant Collective Hotels and Retreats, Inc. ("Defendant") in the above-referenced matter.  We write, jointly on behalf of the parties to respectfully request the Court to stay all deadlines for forty-five (45) days, from February 18, 2020 to April 3, 2020

The requested stay will permit the parties to finalize efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigations.  Once finalized the parties shall file a Stipulation of Dismissal with the Court.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc: All counsel of record (by ECF)