```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LAWRENCE YOUNG,                                               :
                                  Plaintiff,                  :
                                                              :        19 Civ. 8695 (LGS)
              -against-                                       :
                                                              :                ORDER
COLLECTIVE HOTELS AND RETREATS,                               :
INC.,                                                         :
                                  Defendant.                  :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order required the parties to file a status letter on March 9, 2020 (Dkt. No. 25);

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that the parties shall file the status letter by **March 13, 2020**.

Dated: March 10, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**